# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## NORFOLK DIVISION

**FILED AUG 2 0 2009 — CLERK, U.S. DISTRICT COURT, NORFOLK, VA**

**TRENA N. CLARK,**
    Plaintiff,

**v.**                      CASE NO. 2:09CV36

**CITY OF CHESAPEAKE,**
    Defendant,

## JUDGMENT IN A CIVIL CASE

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court.** This action came for decision by the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED** that the Plaintiff's Motion for Summary Judgment is **DENIED** and Defendant's Motion for Summary Judgment is **GRANTED**.

DATED: August 19, 2009

FERNANDO GALINDO
Clerk of Court

/s/
By_____
M. J. Cowart,
Deputy Clerk